[No. 15586-2-III.    Division Three.    August 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE E.L., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01482-3, Susan L. Hahn, J., entered February 29, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16250-8-III.    Division Three.    August 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES PARADIS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01252-9, F. James Gavin, J., entered October 22, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16494-2-III.    Division Three.    August 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE KEETON SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-1-00457-2, Evan E. Sperline, J., entered February 18, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 19286-1-II.    Division Two.    August 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES JOSEPH JENDREY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-01560-5, Robert L. Harris, J., entered March 20, 1995. *Reversed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Seinfeld, J.